
FILED
2009 Feb-10 PM 05:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ROBERT P. JONES, as personal representative of the ESTATE OF MOLLY ELIZABETH SMITH, deceased,** ) ) ) ) ) | |
| **Plaintiff,** ) ) | **Case No. CV-08-C-0918-NW** |
| **vs.** ) ) | |
| **FORD MOTOR COMPANY,** ) ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

COME NOW the parties, Plaintiff Robert P. Jones, as personal representative of the Estate of Molly Smith and Defendant Ford Motor Company ("Ford"), by and through counsel of record, in support of the present Joint Motion and hereby state and show unto the Court as follows:

1. This is a complex automotive product liability action.

2. Since jointly filing the Report of the Parties' Planning Meeting, which included the currently operative scheduling order, Ford Motor Company filed its October 22, 2008 Motion for Entry of Protective Order Governing Production of Certain Confidential Documents.

{01321568.1}

3. The protective order issue has been fully briefed by the parties, and has been pending before the Court since October 22, 2008.

4. Production of confidential documents has not begun in light of the unresolved Motion for Entry of Protective Order.

5. On February 6, 2009, the parties reached a compromise regarding the terms of a Protective Order, and anticipate filing a Joint Motion for Entry of Stipulated Protective Order Governing Production of Certain Confidential Documents with the Court by separate paper addressing resolution of the protective order issue.

6. Because of the delay in discovery due to the lack of a ruling on the Motion for Protective Order, the parties jointly seek to amend the current scheduling order.

7. Counsel for the parties to this litigation are in agreement that the proposed "Amended Scheduling Order," attached hereto as Exhibit "A", will allow for an orderly and fair handling of the preparation of this matter for trial, including the establishment of all deadlines to which the parties are to be held.

WHEREFORE, PREMISES CONSIDERED, counsel for all parties in this matter consent to and otherwise agree with the dates offered within the attached

{01321568.1}

Amended Scheduling Order. On this basis, counsel for all parties respectfully request that this Honorable Court enter said Order.

Jointly and respectfully submitted this the 10h day of February, 2009.

/s/Craig P. Niedenthal
Craig P. Niedenthal
Attorney for Plaintiff,
ROBERT P. JONES, as personal representative of the Estate of Molly Elizabeth Smith, deceased

**OF COUNSEL:**

NIEDENTHAL LAW FIRM, P.C.
2015 Stonegate Trail, Suite 101
Birmingham, AL 35242
Telephone: (205) 977-8999
Telecopier: (205) 977-5990

/s/ Joshua J. Wright
Joshua J. Wright
Attorney for Plaintiff,
ROBERT P. JONES, as personal representative of the Estate of Molly Elizabeth Smith, deceased

**OF COUNSEL:**

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 324-3600
Telecopier: (205) 324-3636

{01321568.1}

/s/Gregory L. Schuck
D. Alan Thomas
Gregory L. Schuck
Jennifer H. Reid
Attorneys for Defendant,
FORD MOTOR COMPANY

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

{01321568.1}

# EXHIBIT "A"

{01321568.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| ROBERT P. JONES, as personal representative of the ESTATE OF MOLLY ELIZABETH SMITH, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. CV-08-C-0918-NW |

## AMENDED SCHEDULING ORDER

COMES NOW the Court, and having been informed that the parties have jointly stipulated that the following Scheduling Order shall govern the remaining disposition of this case, ORDERS AND DECREES as follows:

I. **PARTIES** – The Plaintiff is Robert P. Jones, as personal representative of the Estate of Molly Elizabeth Smith, deceased. The Defendant is Ford Motor Company.

II. **ATTORNEYS** – Trial counsel for Plaintiff are Craig P. Niedenthal and Joshua J. Wright. Trial counsel for Defendant Ford Motor Company are Greg L. Schuck and Jennifer H. Reid.

{01321568.1}

III.  **SCHEDULING ORDER** – The following Order is made with respect to ongoing handling of and discovery in this case:

1. All discovery will commence in time to be completed by April 2, 2010.

2. Maximum of 50 Interrogatories by each party to any other party. Responses are due 30 days after service.

3. Maximum of 50 Requests for Admissions by each party to any other party. Responses are due 30 days after service.

4. Maximum of 15 depositions by Plaintiff and 15 depositions by Defendant.

5. Unless prior order of the Court or stipulation of the parties, all depositions are limited to one (1) day of 7 hours of actual time in deposition.

6. Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before October 30, 2009 with Plaintiff's experts to be deposed by December 15, 2009.

7. Reports from retained experts under Rule 26(a)(2) shall be due from the Defendant on or before January 15, 2010 with Defendant's experts to be deposed by March 1, 2010.

8. Supplementations under Rule 26(e) are due on or before March 1, 2010.

9. The parties do request a date be provided for a pretrial conference before trial.

10. All dispositive motions should be filed by May 3, 2010.

11. The parties will attempt to evaluate settlement prior to conducting significant discovery. The parties have agreed to consider mediation as an alternative dispute resolution procedure.

{01321568.1}

12. Final lists of trial evidence under Rule 26(a)(3) and exhibits shall be due <u>30 days</u> before trial.

13. The parties should have <u>14 days</u> after service of final lists of trial evidence to list objections under Rule 26(a)(3).

14. Parties request a pre-trial conference in <u>June 2010</u>.

15. This case should be ready for trial by <u>July 2010</u>. The expected length of trial is <u>10 days</u>.

DONE and ORDERED this the _____ day of _____, 2009.

_____
Hon. C. Lynwood Smith, Jr.
U.S. District Court Judge

cc: Craig P. Niedenthal
    Joshua J. Wright
    Greg L. Schuck
    Jennifer H. Reid

{01321568.1}