# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT P. JONES, as personal representative of the ESTATE OF MOLLY ELIZABETH SMITH, deceased,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. CV-08-C-0918-NW |
| vs. | ) ) | |
| **FORD MOTOR COMPANY,** | ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

COME NOW THE PARTIES, Plaintiff and Defendant, and jointly move this Court for an Order modifying the Scheduling Order in this case. The proposed modifications will not alter the Dispositive Motions date or the time in which the Court has indicated the Parties are to be ready for trial. (Doc. 29). As grounds hereto the parties show unto the Court as follows:

1) On July 17, 2009, the Court entered a Scheduling Order governing discovery and pretrial matters. (Doc. 29). On December 16, 2009, and March 1, 2010, the Scheduling Order was modified following a Joint Motion of the parties. (Doc. 39 and text order granting Doc. 68, respectively).

2) In accordance with the March 1, 2010, Order, Ford's expert disclosures are currently due to be served on March 15, 2010.

3) Due to flight schedules and other commitments, the deposition of Plaintiff's seat expert, Mark Pozzi was only partially completed on March 4, 2010, as intended.  Additionally, while the parties had hoped to finish the deposition by telephone on March 10, 2010, the court reporter was unable to get the exhibits to counsel in time for the deposition to be completed on March 10.

4) In order to allow the parties time to complete the deposition of Plaintiff's seat expert, Mark Pozzi – currently scheduled for March 25, 2010 – and then allow Ford's seat related experts sufficient time to review that deposition, the parties jointly seek a limited modification to move Ford's expert disclosure deadline for <u>seat related experts only</u> to April 2, 2010.  Ford will provide Rule 26 information for experts not providing testimony related to the seat issue on March 15, 2010.

5) Additionally, in order to allow the parties sufficient time to complete the depositions of Ford's seat related experts and other discovery, the parties jointly seek to modify the close of discovery to April 22, 2010.

6) The parties agree that the foregoing modifications to the scheduling order will allow discovery to proceed in an orderly and cost-effective manner.

7) The parties request that all other deadlines set forth in the current scheduling order, including the dispositive motion deadline and trial ready date, remain in full force and effect.

WHEREFORE, premises considered, the parties jointly request that the Court modifying the current scheduling order as set forth herein.

Respectfully submitted this the 10th day of March, 2010.

/s/Craig P. Niedenthal
Craig P. Niedenthal
Attorney for Plaintiff,
ROBERT P. JONES, as personal representative of the Estate of Molly Elizabeth Smith, deceased

**OF COUNSEL:**

NIEDENTHAL LAW FIRM, P.C.
2015 Stonegate Trail, Suite 101
Birmingham, AL 35242
Telephone: (205) 977-8999
Telecopier: (205) 977-5990

/s/ Joshua J. Wright
Joshua J. Wright
Attorney for Plaintiff,
ROBERT P. JONES, as personal representative of the Estate of Molly Elizabeth Smith, deceased

**OF COUNSEL:**

HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 324-3600
Telecopier: (205) 324-3636

        /s/ Gregory L. Schuck
        Gregory L. Schuck
        Jennifer H. Reid
        Attorneys for Defendant,
        FORD MOTOR COMPANY

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256