# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ROBERT P. JONES, as personal representative of the ESTATE OF MOLLY ELIZABETH SMITH,** deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | Case No. CV-08-C-0918-NW ) ) |
| **FORD MOTOR COMPANY,** | ) ) |
| Defendant. | ) |

## FORD MOTOR COMPANY'S
## PRELIMINARY DESIGNATION OF EXPERT WITNESSES

COMES NOW the Defendant, Ford Motor Company ("Ford") and in accordance with Federal Rule of Civil Procedure 26 hereby identifies the following expert witnesses who may testify at trial:

### I. RETAINED EXPERTS OF FORD MOTOR COMPANY

1. Mr. Don Tandy
   Tandy Engineering & Associates
   32100 Dobbin Huffsmith
   Magnolia, Texas 77354

Mr. Tandy is expected to testify regarding the design of the subject vehicle, including testimony relating to the handling and stability characteristics of the vehicle, and testing performed regarding the vehicle's dynamic handling and

stability characteristics. Mr. Tandy may testify regarding the effect of vehicle dynamics in this accident and may address computer simulations. Mr. Tandy may also respond to issues dealing with tires as it relates to handling and stability. Mr. Tandy may also respond to the effects of tire events on the handling characteristics of the Mercury Mountaineer and other competitive vehicles. Mr. Tandy may also respond to vehicle design, testing, and dynamic issues raised by plaintiffs' experts. His opinions will be based upon his training, education, experience, relevant documents, analysis and inspection of the subject vehicle.

Copies of Mr. Tandy's Report, Curriculum Vitae, and Testimony History will be provided to Plaintiff's counsel on 3/15/2010 under separate cover via electronic mail.

2.  Thomas R. Perl, Ph.D., P.E.
    Collision Safety Engineering, L.C.
    150 South Mountainway Drive
    Orem, Utah 84048

Dr. Perl is expected to testify regarding the reconstruction of the subject accident and render opinions as to the movement and path of the subject vehicle and the causation of the subject accident. He may address certain conditions of the crash scene at the time of the crash and contributory factors to the crash. He may testify regarding the damage done to the vehicle and the forces acting upon the vehicle during the crash sequence. He may further opine as to the movement,

speed and other characteristics of the subject vehicle through the crash sequence and identify and discuss photographic and physical evidence of the vehicle and the scene. Dr. Perl may also respond to issues raised by Plaintiff's experts. His opinions will be based upon his training, education, experience, relevant documents, analysis, photographs, and his inspection of the subject vehicle and accident scene.

Copies of Dr. Perl's Report, Curriculum Vitae, and Testimony History will be provided to Plaintiff's counsel on 3/15/2010 under separate cover via electronic mail.

3. Brian Peters
Coleman and Peters, LLC
6009 Woodvale Drive
Helena, AL

Mr. Peters is expected to testify regarding his weather analysis of the weather conditions and meteorological aspects of the days preceding and date of the subject accident, in the location of the subject accident as well as in surrounding areas. Mr. Peters may also respond to issues raised by Plaintiff's fact witnesses and experts. His opinions will be based upon his training, education, experience, relevant documents, analysis, and photographs.

Copies of Mr. Peters' Report, Curriculum Vitae, and Testimony History will be provided to Plaintiff's counsel on 3/15/2010 under separate cover via electronic mail.

## II. NON-RETAINED FACT WITNESSES WHO MAY OFFER EXPERT TESTIMONY AND OPINIONS

4. Stephen Beane
   Ford Motor Company
   300 Park Lane Towers West
   Suite 300
   Three Park Lane Blvd.
   Dearborn, MI 48126

Mr. Beane is an employee of Ford Motor Company. If called, Mr. Beane may offer testimony concerning subjects discussed relating to Ford's design, safety, history, development, compliance with federal and Ford's internal guidelines, and testing of the Expedition and its performance regarding IVD, electronic stability control (ESC), and roll stability control (RSC). Mr. Beane may also respond to issues raised by Plaintiff's experts.

5. Lt. Bryan Hammond
   Killen Police Department (Alabama)
   Rogersville Police Department (Alabama)

If called, Lt. Hammond may offer testimony concerning subjects discussed related to his observations and investigation of the subject accident, conditions surrounding the subject accident, and interviews and inspections conducted as parts of his investigation. Lt. Hammond has not specifically been retained by Ford nor does Ford necessarily adopt or concede the accuracy of his fact opinions or conclusions.

4

### III.  RESERVATIONS

6. Ford reserves the right to call as an expert witness any Ford engineer who may be subsequently deposed by Plaintiffs or whose deposition testimony Plaintiffs seek to introduce as evidence at trial.  Ford also reserves the right to call Ford employees or former employees to address factual, technical issues and elicit opinions based on such factual and/or technical knowledge and experience.

7. Ford reserves the right to call to testify a corporate representative(s) on behalf of Ford Motor Company relating to the design, development and testing of the Ford Expedition and any relevant component parts.  Although the corporate representative or representatives will be providing largely factual testimony, some portions of these individuals' testimony may be technical in nature due to the scientific and engineering issues involved in designing, developing and testing vehicles.

8. Ford reserves the right to call to testify or question any and all experts or representatives who have been or may be designated by or called by any other party to this lawsuit or have knowledge about this accident made the basis of this suit, including the investigating officers and traffic homicide investigator. These experts, however, have not specifically been retained by Ford nor does Ford necessarily adopt or concede the accuracy of their fact opinions or conclusions.

9. Ford reserves the right to call any healthcare provider rendering treatment to the Plaintiffs as a result of this accident, including but not limited to, on-scene emergency medical personnel and all treating physicians. However, by making such a designation, Ford does not identify such experts as Ford's retained experts nor does Ford necessarily adopt or concede the accuracy or correctness of all testimony by such individuals.

10. Ford may call to testify as expert witnesses in this case any and all custodian of records for any and all records in question, who may testify as to the authenticity of any and all such records, and whose records will serve as their reports. None of these expert witnesses have been specifically retained by Ford.

11. Ford reserves the right to call as an expert witness any individual or representative necessary to authenticate or render testimony concerning any exhibit offered by any party.

12. Ford reserves the right to call to testify any expert to rebut any expert called upon by another party to this litigation.

13. Ford hereby reserves the right to utilize the testimony of, or call live at trial, any expert designated by any other party.

14. In accordance with the Court's 3/11/2010 Order granting the parties' Joint Motion to Amend Scheduling Order (Doc. 72), Ford reserves the right to

supplement this disclosure on or before April 2, 2010, with reports from Ford's seat, restraint, biomechanic, and any other seat related experts.

15. As discovery is ongoing, Ford reserves all rights to amend or supplement these disclosures based on subsequent discovery and/or testimony elicited from witnesses.

Respectfully submitted, this the 15th day of March, 2010.

/s/ Jennifer H. Reid
Gregory L. Schuck
Jennifer H. Reid
Attorneys for Defendant,
FORD MOTOR COMPANY

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys registered and I have placed a copy of the foregoing to the attorneys not set up for email notification in the United States Mail, postage prepaid and properly addressed, on this the 15th day of March, 2010:

Craig P. Niedenthal, Esq.
NIEDENTHAL LAW FIRM, P.C.
2015 Stonegate Trail, Suite 101
Birmingham, AL  35242

Joshua J. Wright, Esq.
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 North 20th Street
Suite 1500
Birmingham, Alabama  35203

                                            /s/ Jennifer H. Reid
                                            Of Counsel