# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **ROBERT P. JONES, as personal representative of the ESTATE OF MOLLY ELIZABETH SMITH,** deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>**FORD MOTOR COMPANY,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. CV-08-S-918-NW<br>)<br>)<br>)<br>) |

## ORDER

This action is before the court on the motion to quash a subpoena served by defendant, Ford Motor Company, on a non-party — the Montgomery, Alabama law firm known as "Beasley, Allen, Crow, Methvin, Portis & Miles, P.C."[1] — and defendant's motion to compel the detrimming of the subject vehicle's second row seats.[2] The court will hear oral argument on both of these motions at 10:00 o'clock a.m. on Tuesday, April 6, 2010, in the United States Courthouse located at 101 Holmes Avenue in Huntsville, Alabama. Counsel for both parties must attend the oral argument. Counsel for non-party movant Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. also must attend the oral argument. The Clerk is directed to send a

---

[1] Doc. no. 71.
[2] Doc. no. 73.

copy of this order to Graham Esdale of Beasley, Allen, Crow, Methvin, Portis & Miles at Post Office Box 4160, Montgomery, Alabama  36103-4160.

DONE this 24th day of March, 2010.

_____
United States District Judge